*This Document Was Prepared By:*

**SNODGRASS LAW FIRM, P.L.C.**
Brandon Snodgrass, Esq., VSB#47894
P.O. Box 1417, Abingdon, Virginia 24212

## HOMESTEAD DEED FOR REAL AND PERSONAL PROPERTY

Name of Householder:        Jason Coda Robinette
Address of Householder:    16458 Hearl Drive, Abingdon, VA 24210

Dependants:   Son age 11

**Description of property claimed as exempt:**

| | |
|---|---|
| Cash on hand: | $ 150.00 |
| Checking account at Eastman Credit Union: | $ 140.00 |
| Savings account at Eastman Credit Union: | $ 5.00 |
| 2017 Federal and State Income Tax refund: | $ 500.00 |
| **TOTAL OF PROPERTY CLAIMED AS EXEMPT DESCRIBED ABOVE:** | **$ 795.00** |

WITNESS the following signature and seal this __3__ day of __November__, 2017.

_____ (seal)
Jason Coda Robinette

STATE OF VIRGINIA,
CITY/COUNTY OF __Washington__, To-wit:

I, __Kathy P. Morefield__, a Notary Public in and for the City/County of __Washington__ in aforesaid State of Virginia, do hereby certify that Jason Coda Robinette, whose name is signed to the foregoing writing bearing date on the __3rd__ day of __November__, 2017, personally appeared before me and acknowledged the aforesaid.

Given under my hand this __3rd__ day of __November__, 2017.

KATHY P. MOREFIELD
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #349071
My Commission Expires 5.31.2020

_____
Notary Public, # 349071
My Commission Expires: 5-31-2020

VIRGINIA: IN THE OFFICE OF THE CLERK OF THE CIRCUIT
COURT OF WASHINGTON COUNTY
INSTRUMENT # 170005546
WAS RECORDED ON 11 3 17 AT 11.10 P M
$_____ GRANTOR TAX WAS PAID AS REQUIRED BY
§58.1-802 OF THE CODE OF VIRGINIA
STATE: _____ LOCAL: _____
PATRICIA S. MOORE, CLERK
RECORDED BY _____, D.C.

COURT ADDRESS:
189 EAST MAIN STREET
ABINGDON, VA 24210
PHONE # :276-676-6224

PAYOR'S COPY

**OFFICIAL RECEIPT**
**WASHINGTON COUNTY CIRCUIT**
**DEED RECEIPT**

DATE : 11/03/2017
RECEIPT # : 17000014651       TIME : 11:30:23
CASHIER : BXB       TRANSACTION # : 17110300017
INSTRUMENT : 170005546       REGISTER # : B334
                             BOOK :       PAGE :
GRANTOR : ROBINETTE, JASON CODA
GRANTEE : ROBINETTE, JASON CODA
RECEIVED OF : ROBINETTE, JASON CODA
ADDRESS : 16458 HEARL DRIVE ABINGDON 24210
DATE OF DEED : 11/03/2017
CASH : $22.00
DESCRIPTION 1 : HOMESTEAD DEED FOR REAL AND PERSONAL PROPERTY
NAMES : 0
CONSIDERATION : $0.00

CASE # : 191CLR170005546

FILING TYPE : DH
RECORDED : 11/03/2017       PAYMENT : FULL PAYMENT
                           AT : 11:10
EX : N       LOC : CO
EX : N       PCT : 100%

PAGES : 001       OP : 0

MAP :       PIN :

AVAL : $0.00

| ACCOUNT CODE | | DESCRIPTION | PAID | ACCOUNT CODE | | DESCRIPTION | PAID |
|---|---|---|---|---|---|---|---|
| 035 | VOF FEE | | $1.00 | 106 | | (TTF) TECHNOLOGY TRUST FUND FEE (CIRCUIT COURT) | $5.00 |
| 145 | VSLF | | $1.50 | 301 | DEEDS | | $14.50 |

TENDERED : $       22.00
AMOUNT PAID : $       22.00

CLERK OF COURT : PATRICIA S. MOORE

RECEIPT COPY 1.OF 3

26

This Document Was Prepared By:

## SNODGRASS LAW FIRM, P.L.C.

Brandon Snodgrass, Esq., VSB#47894

P.O. Box 1417, Abingdon, Virginia 24212

## HOMESTEAD DEED FOR REAL AND PERSONAL PROPERTY

Name of Householder:     Kimberly JoAnna Robinette

Address of Householder:  16458 Hearl Drive, Abingdon, VA 24210

Dependants:  Son age 8

**Description of property claimed as exempt:**

| | |
|---|---|
| Cash on hand: | $ 150.00 |
| Checking account at Eastman Credit Union: | $ 140.00 |
| Checking account at Lighthouse Community Credit Union: | $  25.00 |
| Garnished wages: | $1403.45 |
| 2017 Federal and State Income Tax refund: | $ 500.00 |
| **TOTAL OF PROPERTY CLAIMED AS EXEMPT DESCRIBED ABOVE:** | **$2218.45** |

WITNESS the following signature and seal this __3__ day of __November__, 2017.

*Kimberly JoAnna Robinette* (seal)

Kimberly JoAnna Robinette

STATE OF VIRGINIA,

CITY/COUNTY OF ~~Virginia~~ Washington To-wit:

I, __Kathy P. Morefield__, a Notary Public in and for the
City/County of __Washington__ in aforesaid State of Virginia, do hereby
certify that Kimberly JoAnna Robinette, whose name is signed to the foregoing writing
bearing date on the __3rd__ day of __November__, 2017, personally
appeared before me and acknowledged the aforesaid.

Given under my hand this __3rd__ day of __November__, 2017.

KATHY P. MOREFIELD
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #349071
My Commission Expires 5-31-2020

__Kathy P. Morefield__
Notary Public, # 349071
My Commission Expires: 5-31-2020

VIRGINIA: IN THE OFFICE OF THE CLERK OF THE CIRCUIT
COURT OF WASHINGTON COUNTY
INSTRUMENT #. 170005547
WAS RECORDED ON 11/3/17 AT 11:12 PM
$_____ GRANTOR TAX WAS PAID AS REQUIRED BY
§58.1-802 OF THE CODE OF VIRGINIA
STATE:_____ LOCAL:_____
PATRICIA S. MOORE, CLERK
RECORDED BY B. Barrett, D.C.

COURT ADDRESS:
189 EAST MAIN STREET
ABINGDON, VA 24210
PHONE # :276-676-6224

**OFFICIAL RECEIPT**
**WASHINGTON COUNTY CIRCUIT**
**DEED RECEIPT**

DATE : 11/03/2017
TIME : 11:30:40
RECEIPT # : 1700014652
CASHIER : BXB
INSTRUMENT : 170005547
TRANSACTION # : 17110300017
REGISTER # : B334
BOOK :
PAGE :

CASE # : 191CLR170005547

FILING TYPE : DH
RECORDED : 11/03/2017
EX : N
EX : N

PAYMENT : FULL PAYMENT
AT : 11:12
LOC : CO
PCT : 100%

GRANTOR : ROBINETTE, KIMBERLY JOANNA
GRANTEE : ROBINETTE, KIMBERLY JOANNA
RECEIVED OF : ROBINETTE, JASON CODA
ADDRESS : 16458 HEARL DRIVE ABINGDON, VA 24210
DATE OF DEED : 11/03/2017
CASH : $22.00
DESCRIPTION 1 : HOMESTEAD DEED FOR REAL AND PERSONAL PROPERTY
NAMES : 0
CONSIDERATION : $0.00
AVAL : $0.00

PAGES : 001
OP : 0
MAP :
PIN :

| ACCOUNT CODE | DESCRIPTION | PAID | ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|---|---|---|
| 035 | VOF FEE | $1.00 | 106 | (TTF) TECHNOLOGY TRUST FUND FEE (CIRCUIT COURT) | $5.00 |
| 145 | VSLF | $1.50 | 301 | DEEDS | $14.50 |

TENDERED : $  22.00
AMOUNT PAID : $  22.00

PAYOR'S COPY

CLERK OF COURT : PATRICIA S. MOORE

RECEIPT COPY 1 OF 3